## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE CASE NO. 26-mj-15** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 2252(a)(4)(B)** |
| **DANDRE ERIC DAVIS,** | : | **(Possession of Child Pornography)** |
| | : | |
| **Defendant.** | : | **18 U.S.C. § 2253** |
| | : | **21 U.S.C. § 853(p)** |
| | : | **(Forfeiture Allegation)** |
| | : | |
| | : | |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about January 30, 2026, within the District of Columbia, the defendant,

**DANDRE ERIC DAVIS**, did knowingly possess one or more images or video files, or other

matter, which contain any visual depiction that has been shipped and transported using any

means and facility of interstate and foreign commerce and in and affecting interstate and foreign

commerce, and which was produced using materials which have been mailed, shipped, and

transported, by any means including by computer, and the production of such visual depiction

involves the use of a minor engaging in sexually explicit conduct, as defined in title 18, United

States Code, Section 2256(2)(A) and such visual depiction is of such conduct.

   **(Possession of Child Pornography**, in violation of Title 18, United States Code, Section
2252(a)(4)(B)**)**

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One of this Information, the defendant, **DANDRE ERIC DAVIS**, shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value

of the property described above, pursuant to 21 U.S.C. Section 853(p).

   (**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 2253 and Title 21, United States Code, Section 853(p))

                    Respectfully submitted,

                    Jeanine Ferris Pirro
                    United States Attorney


          BY:       /s *Richard S. Kelley*
                    RICHARD S. KELLEY
                    Assistant United States Attorney
                    DC Bar No. 1026390
                    601 D Street, NW, Fifth Floor
                    Washington, DC 20530
                    202-834-3571
                    richard.kelley2@usdoj.gov